UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Mag.No. 04-823-MBB |
| | ) |
| QUILLIN PORTER | ) |

### AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Donald F. Freeman, Deputy U.S. Marshal, do hereby make oath before the Honorable Marianne B. Bowler, Chief United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding an indictment and a warrant of arrest for Quillin Porter filed in the Western District of Missouri, case number 99-03089-01-CR-S-SOW, charging the defendant with three counts of mail fraud in violation of 18 U.S.C. §1341, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. Attached hereto as Exhibit A is a copy of the indictment and arrest warrant issued by the District Court in the Western District of Missouri.

Donald F. Freeman
Deputy U.S. Marshal

Subscribed and sworn to before me this 15th day of April, 2004.

Hon. Marianne B. Bowler
Chief, United States Magistrate Judge