# Exhibit   A

Case 1:04-mj-00823-MBB   Document 1-2   Filed 04/15/2004   Page 1 of 5

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

vs.

QUILLIN PORTER

**WARRANT FOR ARREST**

0045-1209-0187-J

Case No. 99-03089-01-CR-S-SOW

TO: The United States Marshal
and any authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Quillin Porter

and bring him or her forthwith to the nearest magistrate to answer a(n) indictment charging him or her with (brief description of offense)

Mail Fraud

in violation of Title 18 United States Code, Section(s) 1341 and 2

Name and Title of Issuing Officer: PATRICIA L. BRUNE, CLERK

_[signature]_ Deputy Clerk
Signature of Issuing Officer

12/8/99 Springfield, MO
Date and Location

Bail fixed at $_____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at

_____

Date Received: _____

Date of Arrest: _____

NAME AND TITLE OF ARRESTING OFFICER: U.S. MARSHAL WESTERN/MISSOURI

SIGNATURE OF ARRESTING OFFICER: _____

Revised 10/95

_COPY — ORIGINAL ON FILE_
_WESTERN DISTRICT OF MISSOURI_
_Dec 8 3 29 PM '99_
_RECEIVED U.S. MARSHALS SERVICE_

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Action |
| ) | No. 99-03089-01-CR-S-SOW |
| Plaintiff, ) | |
| ) | EACH COUNT |
| vs. ) | 18 U.S.C. §§ 1341 and 2 |
| ) | NMT 5 Years and $250,000 |
| QUILLIN PORTER ) | Class D Felony |
| [DOB: 09/27/1945], ) | Supervised Release: NMT 3 Years |
| ) | $100 Mandatory Special |
| Defendant. ) | Assessment |

RECEIVED
U.S. MARSHALS SERVICE
DEC 8 3 30 PM
WESTERN DISTRICT
OF MISSOURI

DEC - 8 1999

I HEREBY ATTEST AND CERTIFY ON ____
THAT THE FOREGOING DOCUMENT IS A FULL TRUE AND
CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

## INDICTMENT

THE GRAND JURY CHARGES:

### THE SCHEME AND ITS PURPOSE

From in or about June 1997 through in or about April, 1999, in Springfield, in Greene County, in the Western District of Missouri, and elsewhere, Defendant, QUILLIN PORTER, devised and intended to devise a scheme to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations and promises in that Defendant caused individuals (including Jonathan D. Coggins and Abigail Edgeworth-Coggins, David Garrison, Michael Seitz and Robert Allen Montgomery) to transfer to Defendant through private and commercial interstate carrier and otherwise money and property for the purpose of Defendant investing the money and property in securities on behalf of the individuals. It also was a part of the scheme that Defendant did not invest the money and property as represented and promised. Instead, Defendant used the money and property for his own benefit. It further was a part of the



scheme that Defendant provided the individuals through the United States Postal Service mail and otherwise false written statements that purported to show the status of an individual's investment to lull the individual into a false sense of satisfaction and legitimacy and to forestall discovery of the scheme. Defendant also used money and property transferred to Defendant by an individual pursuant to the scheme to repay other individuals who earlier had transferred money and property to Defendant pursuant to the scheme.

## THE MAILINGS

### COUNT ONE

In or about early June 1998, in Springfield, in Greene County, in the Western District of Missouri, and elsewhere, Defendant, QUILLIN PORTER, for the purpose of executing the scheme, did knowingly cause to be delivered by private and commercial interstate carrier according to the direction thereon a check in the amount of $20,000 payable to Quantum Capital and signed by Abigail Edgeworth-Coggins addressed to Defendant in Springfield, Missouri from outside Missouri; all in violation of Title 18, United States Code, Sections 1341 and 2.

### COUNT TWO

In or about the middle of July 1998, in Springfield, in Greene County, in the Western District of Missouri, and elsewhere, Defendant, QUILLIN PORTER, for the purpose of executing the scheme, did knowingly cause to be delivered by private and commercial interstate carrier according to the direction thereon a check in the amount of $60,000 payable to Quantum Capital and signed by Abigail Edgeworth-Coggins addressed to Defendant in Springfield, Missouri from outside Missouri; all in violation of Title 18, United States Code, Sections 1341 and 2.

2

## COUNT THREE

From in or about June 1998 through in or about March, 1999, in Springfield, in Greene County, in the Western District of Missouri, Defendant, QUILLIN PORTER, for the purpose of executing the scheme, did knowingly place and cause to be placed in a post office and authorized depository for mail matter false written statements to Jonathan D. Coggins and Abigail Edgeworth-Coggins and Robert A. Montgomery that purported to show the status of the individual's investment to be sent and delivered by the United States Postal Service; all in violation of Title 18, United States Code, Sections 1341 and 2.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

DOUGLAS C. BUNCH
Assistant United States Attorney
Missouri Bar No. 35052

3