# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 24
Rev 5/98

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE: USA V.S. QUILLIN PORTER

FOR:
AT:

**PERSON REPRESENTED** (Show your full name): Quinlan Porter

| | |
|---|---|
| 1 X Defendant—Adult | |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

DOCKET NUMBERS
Magistrate: 04-823-MBB
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check ☒ Felony ☐ Misdemeanor):
18 USC 1341 and 2

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now ☐ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: _decline to answer on advice of counsel_
IF YES, how much do you earn per month? $ (in custody)
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _decline to answer on advice of counsel_
SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $ _decline to answer_

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ _decline to answer on advice of counsel_
DESCRIPTION

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE ___ MARRIED ___ WIDOWED ___ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| in custody now and expected to remain so | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date):

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _I state under oath that I cannot afford counsel._

4/15/2004    [signature: Quillin Porter]