# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.

QUILLIN PORTER                      MAGISTRATE JUDGE NO. <u>04-823-MBB</u>

## <u>APPOINTMENT OF FEDERAL DEFENDER</u>
## (CATHERINE BYRNE)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **April 15, 2004** to represent said defendant in this cause until further order of the Court.

                                         By:    /s/
                                                  MARIANNE B. BOWLER
                                                  Chief United States Magistrate Judge

DATE: **April 15, 2004**