AO 94
(Revised 8/97)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

| UNITED STATES DISTRICT COURT | DISTRICT: District of Massachusetts |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>QUILLIN PORTER | DOCKET NO.<br>District of Arrest:<br>District of Offense: 99-03089-01-CR-S-So<br>MAGISTRATE JUDGE CASE NO.<br>District of Arrest: 04-823-MBB<br>District of Offense: |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ indictment    ☐ information    ☐ complaint    ☐ Other (specify)

charging a violation of  18  U.S.C. § 1341 and 2

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| Western District of Missouri | April 15, 2004 |

**DESCRIPTION OF CHARGES:**

Mail Fraud

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No    ☐ Yes    Language:

**MASSACHUSETTS**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| April 20, 2004 | /s/ Marianne B. Bowler |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

COMMENTS