

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9222

TONY ANASTAS
CLERK OF COURT

DIANALYNN SACCOCCIO
DEPUTY CLERK TO THE
HONORABLE MARIANNE B. BOWLER

April 26, 2004

United States District Court
Charles Evans Whittaker Courthouse
400 E. 9th Street
Kansas City, Missouri 64106



Re:   *United States v. Quillin Porter*

Case No.CR 99-03089- 01-S- SOW (W.District of Missouri)

Magistrate Judge #04-M-823-MBB (D. Massachusetts)

Dear Clerk:

The defendant, Quillin Porter, appeared before this Court on April 15, 2004 and The Order of Removal has issued directing the Marshal to deliver Mr. Porter to your Court.

Enclosed is a certified copy of our docket and all original papers in the case from the District of Massachusetts. Kindly docket these papers in your District and forward them to the appropriate personnel.

We have closed our file; thank you for your attention in this matter.

Very truly yours,

Dianalynn Saccoccio

Enclosures

Certified Mail/ Return Receipt Requested **7000 0600 0029 0166 7835**